THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL ARON SMITH, a single man,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTRY MUTUAL INSURANCE, dba COUNTRY INSURANCE & FINANCIAL SERVICES,<br><br>  Defendant. | No.: C05-1729-RSL<br><br>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

Plaintiff Michael Aron Smith and Defendant Country Mutual Insurance Company, by and through their respective counsel, hereby stipulate and agree that the claims of Michael Aron Smith alleged against Country Mutual Insurance Company in the above-captioned

/ / /

/ / /

/ / /

/ / /

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE — Page 1

**Bullivant|Houser|Bailey PC**
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon  97204-2089
Telephone: 503.228.6351

lawsuit have been fully resolved and that such claims should be dismissed with prejudice and without costs to either party.

DATED this  3rd  day of  August , 2006.

BULLIVANT HOUSER BAILEY PC


By  /s/ Sara Van Loh
Andrew C. Lauersdorf, *pro hac vice*
E-mail: andrew.lauersdorf@bullivant.com
Sara Van Loh, *pro hac vice*
E-mail: sara.vanloh@bullivant.com
David VanSpeybroeck, *pro hac vice*
E-mail: david.vanspeybroeck@bullivant.com
Attorneys for Defendant Country Mutual Insurance

DATED this  3rd  day of  August , 2006.

WERSHOW & RITTER, INC. P.S.


By  /s/ Jason D. Graber
Jason D. Gaber, WSB #31452
Attorney for Plaintiff

## **ORDER**

Based upon the foregoing stipulation of the parties, it is

HEREBY ORDERED, ADJUDGED, AND DECREED that all claims against Country Mutual in the above-captioned lawsuit are dismissed with prejudice and without costs or attorney fees awarded to either party.

DATED this 7th day of August, 2006.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE        Page 2

**Bullivant|Houser|Bailey PC**
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon  97204-2089
Telephone: 503.228.6351